UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALOUNSY KHAMMANIVONG,

      Petitioner,

    v.                      Case No.:  2:25-cv-01069-SPC-DNF

JOSEPH B. EDLOW *et al.*,

      Respondents,

                                        /

## OPINION AND ORDER

Before the Court is Alounsy Khammanivong's Emergency Motion to Enforce the Court's Prior Order of December 10, 2025 (Doc. 21).

Khammanivong was a noncitizen in immigration detention, and he sought habeas relief from this Court.  He challenged the legality of his detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001) because there was no significant likelihood or removal in the reasonably foreseeable future.  The Court agreed and ordered the respondents to release Khammanivong.  They complied.  But on February 12, 2026, Immigration and Customs Enforcement re-detained Khammanivong, purportedly because his removal to Laos was imminent.

Khammanivong's re-detention does not violate the Court's December 10, 2025 order.  Accordingly, Khammanivong's motion (Doc. 21) is **denied**.  If

Khammanivong believes his current detention violates *Zadvydas* or is otherwise unlawful, he should file a new habeas action.

**DONE AND ORDERED** in Fort Myers, Florida on March 12, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2